```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 02592
   JAMES CRAWFORD
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-0026


-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 01/27/2005 and was confirmed 04/21/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 08/21/2008.
-----------------------------------------------------------------------
CREDITOR NAME                 CLASS         CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                              PAID           PAID
-----------------------------------------------------------------------
AMERICREDIT FINANCIAL SV  SECURED           14825.00        3957.68         5345.99
AMERICREDIT FINANCIAL SV  UNSECURED          9610.95          .00             .00
LASALLE BANK              CURRENT MORTG        .00            .00             .00
LASALLE BANK              MORTGAGE ARRE     6112.70           .00          6112.70
FORD MOTOR CREDIT         SECURED NOT I     2462.10           .00             .00
FORD MOTOR CREDIT         UNSECURED            .00            .00             .00
VILLAGE OF LYNWOOD        UNSECURED           52.50           .00             .00
PALISADES COLLECTION LLC  UNSECURED          483.24           .00             .00
BANK FINANCIAL            UNSECURED        NOT FILED          .00             .00
CAPITAL ONE BANK          UNSECURED        NOT FILED          .00             .00
CB USA                    UNSECURED        NOT FILED          .00             .00
CITY OF CHICAGO PARKING   UNSECURED          350.00           .00             .00
ADVOCATE SOUTH SUBURBAN   UNSECURED        NOT FILED          .00             .00
ILLINOIS DEPT OF EMP SEC  UNSECURED        NOT FILED          .00             .00
JOHN A ROSEVEAR DDS       UNSECURED        NOT FILED          .00             .00
NICOR GAS                 UNSECURED          238.81           .00             .00
RECEIVABLES MANAGEMENT I  UNSECURED          500.00           .00             .00
SAKS FIFTH AVENUE         UNSECURED        NOT FILED          .00             .00
ROBERT J SEMRAD & ASSOC   REIMBURSEMENT      205.20           .00           205.20
BANK OF NEW YORK          NOTICE ONLY      NOT FILED          .00             .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       2,800.00                       2,800.00
TOM VAUGHN                TRUSTEE                                          1,105.28
DEBTOR REFUND             REFUND                                             135.10

      Summary of Receipts and Disbursements:
  -----------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
  -----------------------------------------------------------------------
TRUSTEE                  19,661.95

PRIORITY                                         205.20
SECURED                                       11,458.69

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 02592 JAMES CRAWFORD
```

```
     INTEREST                                             3,957.68
UNSECURED                                                      .00
ADMINISTRATIVE                                           2,800.00
TRUSTEE COMPENSATION                                     1,105.28
DEBTOR REFUND                                              135.10
                                    ----------------  ----------------
TOTALS                                    19,661.95        19,661.95
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 11/20/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                         PAGE   2
        CASE NO. 05 B 02592 JAMES CRAWFORD